UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

**FILED**
JUN 17 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK A. GREAVES,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER:

**4:16CR250 RWS**

    I, Mark A. Greaves, the above named defendant, who is accused of Obtaining a Controlled Substance by Fraud or Forgery in violation of Title 21, United States Code, Section 843(a)(3) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___June 17, 2016___ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
        *Judicial Officer*

1